# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LOUISE BRUNO,

Plaintiff,

v.

WALMART, INC.,

Defendant.

Case No.  1:25-cv-00145-JLT-EGC

**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**

(Doc. 20)

Having considered the parties' Stipulation re Discovery and Deadlines, (Doc. 20), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the May 6, 2025 Scheduling Order, (Doc. 14), are **VACATED** and **CONTINUED** according to the revised schedule below:

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | June 15, 2026 | September 25, 2026 |
| Disclosure of Experts | June 22, 2026 | October 7, 2026 |
| Disclosure of Rebuttal Experts | July 6, 2026 | October 15, 2026 |
| Expert Discovery Deadline | July 31, 2026 | November 2, 2026 |
| Non-Dispositive Motions (filing deadline) | August 12, 2026 | December 2, 2026 |
| Non-Dispositive Motions (hearing deadline) | September 16, 2026 | January 6, 2027 |
| Dispositive Motions (filing deadline) | August 24, 2026 | December 7, 2026 |
| Dispositive Motions (hearing deadline) | September 28, 2026 | January 11, 2027 |
| Pretrial Conference | December 21, 2026 | April 5, 2027 |
| Trial | February 16, 2027 | June 2, 2027 |

IT IS SO ORDERED.

Dated:   **May 29, 2026**

UNITED STATES MAGISTRATE JUDGE