# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LOUISE BRUNO,

Plaintiff,

v.

WALMART, INC.,

Defendant.

Case No. 1:25-cv-00145-JLT-EGC

**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO MODIFY SCHEDULING ORDER**

(Doc. 22)

The Court is in receipt of the parties' "Stipulation and Proposed Order re Continuance of Discovery Deadlines and Setting of Mandatory Settlement Conference" seeking to modify the case schedule, (Doc. 21), to continue the expert discovery and motion deadlines. (Doc. 22).[1] In their motion, the parties stipulated to modify all discovery deadlines with the exception of the pretrial conference and trial dates. (Doc. 22 at 3). Because the parties' requested modification cannot be granted without modifying the rest of the case schedule, the parties' motion will be denied without prejudice.

The undersigned observes that the motion, if granted, would only allow for two weeks between the filing of dispositive motions and the hearing date on such motions, which would run contrary to E.D. Cal. Local Rule 230 (requiring that "a motion . . . be heard not less than thirty-five (35) days after service and filing."). Therefore, under the local rules and in light of the fact

[1] The parties may jointly contact Courtroom Deputy Wendy Kusamura at wkusamura@caed.uscourts.gov to schedule a settlement conference.

that this Court requires at least twelve weeks between the hearing on dispositive motions and the pretrial conference and eight weeks between the pre-trial conference and trial, granting the parties' request to modify the dispositive motions filing date would require further modification of the case schedule. Specifically, if the undersigned were to grant the parties' requested modification of the dispositive motion filing deadline, the following subsequent pre-trial and trial dates would also need to be modified as follows:

| **Event** | **Scheduled Date** | **Proposed Date** |
| --- | --- | --- |
| Non-Expert Discovery | September 25, 2026 | December 2, 2026 |
| Disclosure of Experts | October 7, 2026 | December 15, 2026 |
| Disclosure of Rebuttal Experts | October 15, 2026 | January 3, 2027 |
| Expert Discovery Deadline | November 2, 2026 | January 20, 2027 |
| Non-Dispositive Motions (filing deadline) | December 2, 2026 | January 27, 2027 |
| Non-Dispositive Motions (hearing deadline) | January 6, 2027 | March 3, 2027 |
| Dispositive Motions (filing deadline) | December 7, 2026 | February 3, 2027 |
| Dispositive Motions (hearing deadline) | January 11, 2027 | March 10, 2027 |
| Pretrial Conference | April 5, 2027 | June 7, 2027 |
| Trial | June 2, 2027 | August 3, 2027 |

Accordingly, in light of the parties' express request that no other dates be modified, the motion is DENIED without prejudice to filing a renewed motion or stipulation that allows for at least 35 days (five weeks) between a motion filing and associated hearing; twelve weeks between the hearing on dispositive motions and the pretrial conference; and at least 8 weeks between the pretrial conference and trial.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE