Daniel L. Carter (State Bar No.: 250711)
**CARTER LAW GROUP**
2445 Capitol Street, Suite 105
Fresno, California 93721
Phone: 559-485-1212 ♦ Fax: 559-485-1210

Attorney for Plaintiff, LOUISE BRUNO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LOUISE BRUNO, an individual,

Plaintiff,

vs.

WALMART, INC., a Delaware Corporation; and DOES 1 to 20, inclusive

Defendants.

Case No.: 1:25-CV-00145-SKO

**[~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2)**

Complaint Filed: February 04, 2025

**[~~PROPOSED~~] ORDER**

Having considered Plaintiff's Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. 27) in light of the entire record, the Court **ORDERS**:

1. Plaintiff's Motion for Voluntary Dismissal (Doc. 27) is **GRANTED**.
2. This action is dismissed with prejudice
3. Each party shall bear its own respective attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 17, 2026_

UNITED STATES DISTRICT JUDGE